FILED
APR 28 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ROBERT B TRACY
7211 Liberty Pride Street.
Las Vegas, NV 89148
702-672-1031
          Plaintiff,          Civil Action No.

V.

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
          Defendant.

## COMPLAINT

Plaintiff Robert B. Tracy brings this action against the U.S Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and the Privacy Act, 5 U.S.C. § 552a ("Privacy Act").

## JURISDICTION AND VENUE

1.    The Court has Jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).



## PARTIES

3.     Plaintiff Robert B. Tracy is an author residing in Las Vegas, Nevada.

4.     Defendant U.S. Department of Justice is an agency of the United States government and is headquartered at 950 Pennsylvania Avenue, N.W., Washington, DC 20530. Defendant has possession, custody and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.     On January 19, 2015, Plaintiff Robert B. Tracy submitted a FOIAPA request electronically to the Federal Bureau of Investigation ("FBI"), a component of Defendant. This was done under the provisions of FOIA and Privacy Act. Said request included a fully executed Certification of Identity form ("DOJ-361").

6.     Plaintiffs' request sought access to:

    A.     Any and all records concerning, regarding, or relating to Plaintiff Robert B. Tracy.

    B.     Multiple interview and victim reports Plaintiff filed at the Las Vegas, Nevada FBI field office were referenced in request. FBI agents did not provide a file or case number at the conclusion of said interviews.

    C.     Specific phone call that Plaintiff Robert B. Tracy placed to the FBI was referenced in request.

7. By electronic mail dated 01/20/2015, the FBI informed Plaintiff Robert B. Tracy that his FOIAPA was received. No request number was assigned.

8. By letter dated 01/27/2015, the FBI informed Plaintiff Robert B. Tracy that his FOIAPA was assigned request number 1320263-000. Said letter indicated case was closed as a "No Record" response. Said letter also advised of Plaintiffs' right to file an appeal through the Office of Information Policy (OIP), a component of the Department of Justice.

9. On March 24, 2015, Plaintiff Robert B Tracy filed an appeal electronically with the Office of Information Policy (OIP).

10. Plaintiffs' request sought access to:

   A. Any and all records concerning, regarding, or relating to Plaintiff Robert B. Tracy. Including records of communications, contacts and correspondence between Plaintiff and employees, agents, contractors, and informants of the FBI, DOJ and DHS.

   B. Multiple interviews (three) and victim reports filed at the Las Vegas, Nevada FBI field office were referenced in request, including dates. FBI agents did not provide a file or case number at the conclusion of said interviews.

   C. Multiple phone calls (six) that Plaintiff Robert B. Tracy placed to the FBI were referenced in request, including dates and times.

   D. Multiple cases of possible call intercepts (two) were referenced in request, including dates and times.

    E. Referenced fact that a victim report was also made through the FBI internet portal on 10/26/2014.

    F. Referenced (four) relative incident report numbers filed with the Las Vegas Metropolitan Police Department.

    G. Referenced (six) entities and or corporations potentially involved for search indices purposes.

    H. Referenced (six) individuals potentially involved for search indices purposes.

    I. Spouse (Kimberly F. Tracy) referenced for search indices purposes.

    J. Plaintiffs' published ebook referenced in request for search indices purposes.

  11. By electronic mail dated April 6, 2015, the Office of Information Policy (OIP) advised that the Plaintiffs' administrative appeal had been received by their office on March, 24, 2015. Said appeal was assigned number AP-2015-02495.

  12. Pursuant to 5 U.S.C. § 552(a)(6)(A), the (OIP) was required to determine whether to comply with Plaintiff's request with the requisite notifications by April 21, 2015. Pursuant to the same provision, the (OIP) was required to notify the Plaintiff immediately whether to comply with such request and shall immediately notify the person making such request.

13.     As of the date of this complaint, the (OIP) has failed to make any determination about whether it will comply with such request or immediately notify the person making such request of such determination and the reasons therefor.

14.     The (OIP) has failed to produce any records, nor indicated when any responsive records will be produced. The (OIP) has also failed to demonstrate that said records are exempt from production. A status check of the appeal request number AP-2015-02495 on the OIP's eFOIA internet portal showed no change of status as of the date of this complaint.

15.     Plaintiff is deemed to have exhausted any and all administrative remedies with respect to his FOIAPA request since the (OIP) has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A).

## COUNT 1
### Violation of FOIA, 5 U.S.C. § 552

16.     Defendant is unlawfully withholding records requested by Plaintiff pursuant to FOIA.

17.     Plaintiff Robert B. Tracy is being irreparably harmed by the Defendants refusal to comply with his request. Plaintiff is a victim of an ongoing extortion threat. Defendant has been referenced by the Plaintiff as a possible source of the extortion during victim interviews with the FBI. Plaintiff also referenced a possible political cover-up during victim interviews with the FBI.

## COUNT 2
## Violation of Privacy Act, 5 U.S.C. § 552a

18.     Defendant is unlawfully withholding records requested by Plaintiff pursuant to the Privacy Act.

19.     Plaintiff Robert B. Tracy is being irreparably harmed by the Defendants refusal to comply with his request. Plaintiff feels assured that release of any and all responsive records will point to serious potential violations of his Constitutional and/or Civil Rights as well as invasion of privacy.

Plaintiff requests that the Court: (1) compel the Defendant to produce by a specific date any and all responsive records regarding, concerning or relating to Plaintiff Robert B. Tracy. These records should include, but are not limited to, records of communications and contacts with agents, employees or officials of the FBI, DOJ and DHS. Transcripts and or recordings of phone calls between Plaintiff and agents, employees, informants, contractors or officials of the FBI, DOJ and FBI. Records of any and all wiretapping, monitoring, surveillance and home "bugging" of Plaintiff. Records of any and all in-person recordings conducted surreptitiously via agents, employees or officials of the FBI, DOJ and DHS. Any and all records of computer intrusion relating to the Plaintiff. Plaintiff also requests (2) Court compel Defendant to produce a *Vaughn* index of any records held under claim of exemption. Plaintiff (3) requests an award of reasonable litigation costs relative to this action. Plaintiff (4) requests that the costs associated with the production of such records unlawfully withheld be borne by the Defendant. Plaintiff (5) also respectfully requests any other relief that the court deems just.

Dated: April 22, 2015                                              Respectfully,

                                                                             Robert B. Tracy
                                                                             7211 Liberty Pride St.
                                                                             Las Vegas, NV 89148
                                                                             702-672-1031